IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STEVEN FESTA,                            )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )   CASE NO. CV422-059
                                         )
PENSKE TRUCK LEASING CO., L.P.,          )
                                         )
    Defendant.                           )
                                         )

## ORDER

Before the Court is the parties' Joint Stipulation and Consent Motion to Dismiss Without Prejudice. (Doc. 37.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Because all parties have signed the stipulation of dismissal, the parties' request (Doc. 37) is **GRANTED**. Accordingly, at the parties' request, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.[1]

SO ORDERED this 2ND day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendant Penske Truck Leasing Co., L.P.'s Motion for Summary Judgment (Doc. 17) and Motion Requesting Oral Argument on its Motion for Summary Judgment (Doc. 33).